UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANCES S. HART | : |
| VS. | : CASE NO. 3:00CV00798(TPS) |
| YALE HEALTH PLAN AND DEBRA SEYMOUR | : : |

### JUDGMENT

This action having commenced by a complaint and having been assigned to the Honorable Dominic Squatrito, United States District Judge; and

The matter then having come on for consideration of the defendants' motion to dismiss before the Honorable Thomas P. Smith, United States Magistrate Judge, presiding on consent; and

The court having considered the full record of the case, including applicable principles of law, on April 23, 2001, filed it's Ruling of the Defendants' Motion To Dismiss granting the motion as to the defendant Debra Seymour and denying the motion as to defendant Yale Health Plan; and further

The defendant Yale Health Plan having filed a motion for summary judgment on October 5, 2001, and the court having considered the full record of the case, including applicable principles of law, filed its Ruling on Defendant's Motion For Summary Judgment granting the motion; it is therefore

ORDERED, ADJUDGED AND DECREED that the defendant Debra Seymour's motion to dismiss is granted; and it is further

ORDERED, ADJUDGED AND DECREED that judgment be and is hereby entered for defendant Yale Health Plan.

Dated at Hartford, Connecticut, this 28th day of October, 2003.

KEVIN F. ROWE, Clerk

By: *[signature]*
Deputy Clerk

Entered on Docket:_____